UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-31-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| GARY LEE DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue Sentencing. Having considered the motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion to Continue Sentencing (#51) is **GRANTED,** and the Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar.

Signed: February 16, 2022

Max O. Cogburn Jr
United States District Judge